U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2021 JAN 27 AM 11: 16

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| BRENT DESRANLEAU.<br>Plaintiff, | )<br>)<br>) |
| v. | )    Docket No.: 2:18-cv-00133cr |
| PROGRESSIVE INSURANCE<br>COMPANY<br>Defendant. | )<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

NOW COME the parties hereto, by and through their respective attorneys, and stipulate and agree that an entry of Dismissed with Prejudice may be made in the above-captioned matter and each party is to respectively bear their own fees and costs.

Dated: 1-23-20

BRENT DESRANLEAU
Plaintiff

_____
Sara Moran, Esq.
*Attorney for Plaintiff*

Dated: 1-23-20

PROGRESSIVE INSURANCE COMPANY
Defendant

_____
Susan J. Flynn, Esq.
*Attorney for Defendant*

APPROVED AND ORDERED:

DATED 1/26/21

_____
Honorable Christina C. Reiss

1
Affolter Gannon | 15 Brickyard Road, Essex Junction, VT 05452 | 802 878-2797 | (fax) 802 878-6269